AO 442

# United States District Court
for the
District of Utah

FILED
U.S. DISTRICT COURT
2019 NOV 15 P 1:03
DISTRICT OF UTAH
BY: _____

UNITED STATES OF AMERICA

V.

Yevgeny Felix Tuchinsky, et al.

SEALED Case No: 2:19-CR-00394-004 TS

ORIGINAL

## ARREST WARRANT

To: The United States Marshal
and any authorized law enforcement officer

YOU ARE HEREBY COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay (name of person to be arrested) **LEONID ISAAKOVICH TEYF**,
who is accused of an offense or violation based on the following document filed with the court:

[X] Indictment   [ ] Superseding Indictment   [ ] Information   [ ] Superseding Information
[ ] Complaint   [ ] Order of court   [ ] Violation Notice   [ ] Probation Violation Petition
[ ] Supervised Release Violation Petition

This offense is briefly described as follows:

**Wire Fraud Conspiracy; Promotional Money Laundering; Money Laundering - Spending; Aiding and Abetting**

in violation of   18:1343 and 1349; 18:1956(a)(1)(A)(i) and 2(a) and 2(b); 18:1957; 18:2   United States Code.

D. Mark Jones
Name of Issuing Officer

Clerk of Court
Title of Issuing Officer

_[signature]_
Signature of Issuing Officer

October 24, 2019 at Salt Lake City, Utah
Date and Location

By: Aimee Trujillo
Deputy Clerk

Bail fixed _____ by _____
                                   Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 10·24·19 | Defendant in and waived IA, retained counsel | USMS custody in Raleigh, NC in Utah. Defendant appeared on his behalf. |
| DATE OF ARREST 11·14·19 | | |