TRINA A. HIGGINS, United States Attorney (#7349)
JAMIE Z. THOMAS, Assistant United States Attorney (#9420)
CY H. CASTLE, Assistant United States Attorney (#4808)
Attorneys for the United States of America
111 South Main Street, Ste. 1800 • Salt Lake City, Utah 84111
Telephone: (801) 524-5682

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. LEONID ISAAKOVICH TEYF, Defendant. | Case No. 2:19-CR-00394-RJS <br><br> WAIVER OF INDICTMENT <br><br> Judge Robert J. Shelby |

FILED US District Court-UT
SEP 21 '22 AM07:13

I, LEONID ISAAKOVICH TEYF, the above-named defendant, who is accused of a violation of 18 U.S.C. § 4 (Misprision of Wire Fraud Conspiracy Felony), being advised of the nature of the charge, the proposed Amended Information, and of my rights, JLT especially my right to require the United States to obtain an Indictment from the Grand Jury before proceeding against me, hereby waive in open court prosecution by Indictment and consent that the case may proceed by way of an Information.

Dated this 19 day of September, 2022.

_____
LEOID ISAAKOVICH TEYF
Defendant

_____
ROBERT S. WOLF
Counsel for Defendant


Submitted before me this __19__ day of September 2022.

_____
CECILIA M. ROMERO
United States Magistrate Judge