TRINA A. HIGGINS, United States Attorney (7349)
CY H. CASTLE, Assistant United States Attorney (4808)
Attorneys for the United States of America
Office of the United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
(801) 524-5682

THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>YEVGENY FELIX TUCHINSKY, et. al,<br><br>Defendant. | STIPULATED MOTION FOR EXTENSION OF TIME FOR UNITED STATES TO RESPOND<br><br><br>Case No. 2:19-CR-00394-RJS-DBP<br><br>Judge Robert J. Shelby |
|---|---|
| JONATHAN KIRK GLANCY,<br><br>Claimant. | |

The United States, through its attorneys, Cy H. Castle, and Jonathan Kirk Glancy ("Glancy"), through his attorney, Jake Taylor, jointly move this Court for an order extending the time until May 1, 2023, for the United States to respond to the Judicial Petition Glancy filed on November 1, 2022 regarding his claimed ownership interest in Salt Lake Commercial Properties LLC ("SLCP").  ECF No. 428.

The parties make this request for the reason that the parties believe it is in their best interest for the Court to wait to determine the ownership of Glancy in SLCP after the ownership interests of defendants Konstanin Tomilin and Yevgeny Tuchinsky in SLCP have been determined at their trial scheduled for April 7, 2023.

SLCP is a Utah limited liability corporation with the remaining co-owners of Glancy, Tuchinsky and Tomilin. The interests of defendants Alexsander Barsukov and Leonid Teyf have been forfeited in SLCP with their guilty pleas.

One of two scenarios could emerge from the April 2023 trial. One, is that the interests of Tomilin and Tuchinsky in SLCP are forfeited to the United States and Glancy's interest in SLCP is the only interest for the Court to determine. Another, is that the interests of defendants Tomilin and Tuchinsky are not forfeited and have a third-party claim in SLCP. Under this scenario, the Court would need to determine Glancy's claim in conjunction with the competing claims of Tomilin and Tuchinsky. For purposes of legal economy, the parties believe it is in their best interest to wait for the outcome of the Tomilin and Tuchinsky trial before requesting the Court to make a decision about Glancy's claim.

Dated this 14th day of November, 2022.

TRINA A. HIGGINS
United States Attorney

/s/Cy H. Castle
Cy H. Castle
Attorney for the United States

CLYDE SNOW SESSIONS

/s/ Jake Taylor
Jake Taylor
Keith M. Woodwell
Attorneys for Jonathan Kirk Glancy