Stephen R. McCaughey -2149
9 Exchange Place, Suite 600
Salt Lake City, Utah 84111
Telephone: (801) 364-6474
Fax: (801) 364-5014
Email: stephen@stephenrmccaughey.com

*Attorney for Konstanin Mikhaylovich Tomlin*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br><br> KONSTANIN MIKHAYLOVICH TOMILIN, <br><br> Defendant. | **NOTICE OF DEFENDANT KONSTANIN MIKHAYLOVICH TOMILIN JOINDER WITH CO-DEFENDANT YEVGENY FELIX TUCHINSKY'S MOTION TO DISMISS INDICTMENT/ INFORMATION** <br><br> Case No.   2:19-CR-00394-RJS-DBP-3 <br><br> District Judge Robert J. Shelby <br> Magistrate Judge Cecilia M. Romero |

Konstanin Mikhaylovich Tomilin, through his attorney of record, hereby provides

notice of his joinder in co-defendant Yevgeny Felix Tuchinsky's Motion to Dismiss Indictment/

Information, filed with this Court on August 14, 2023, pursuant to Docket Text Entry 480.


DATED this 14th day of August, 2023.


/s/ Stephen R. McCaughey

STEPHEN R. MCCAUGHEY
*Attorney for Defendant*

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of August, 2023, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which sent notification of such filing to the following:

United States Attorney's Office
Via ECF

_/s/ Kristin McCaughey_